**Barry G. AARON Plaintiff-Appellant**

v.

**Marshall Dale REED, Deputy Director; Daryl Golden, Deputy Warden; Floyd McHan, Chief of Building Security; Lieutenant McGee, Building Lieuten-**

of Arkansas.

ant; Sergeant Cook, Building Sergeant; Officer Elkins, Correctional Officer II; Officer Nitzke, Correctional Officer I Defendants-Appellees

No. 17-2064

United States Court of Appeals, Eighth Circuit.

Submitted: February 14, 2018

Filed: March 1, 2018

Barry G. Aaron, Pro Se

Christine Ann Cryer, Assistant Attorney General, Attorney General's Office, Little Rock, AR, Amber R. Schubert, Assistant Attorney General, Arkansas Community Correction, Little Rock, AR, for Defendants-Appellees

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Barry G. Aaron appeals from the order of the District Court[1] granting summary judgment for defendants in his 42 U.S.C. § 1983 action. After de novo review of the record and careful consideration of Aaron's arguments for reversal, we find no basis for overturning the grant of summary judgment. See Murchison v. Rogers, 779 F.3d 882, 886–87 (8th Cir. 2015) (standard of review). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.